GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Appellant, v. AUGUST C. SCHARMANN and Others, Defendants,

Impleaded with ALFRED FELTMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton and Mills, JJ., concurred; Thomas and Rich, JJ., dissented.